# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128839

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN
    Plaintiff-Appellee,

v

KEITH LAMAR CLARK, JR.,
    Defendant-Appellant.

SC: 128839
COA: 249618
Wayne CC: 02-012731-01

_____/

    On order of the Court, the application for leave to appeal the April 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

t1012